SAMUEL L. LEVY, Appellant, v. HARRIS RUBIN, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MAY S. PELZER, as Administratrix, etc., of BERNARD S. PELZER, Deceased, Respondent, v. RAYMOND A. PERRY, Appellant.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs, for the reasons stated in the opinion of Greenbaum, J., in *Pelzer v. United Dredging Co.* (200 App. Div. 646), herewith handed down. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

PERCY KENT COMPANY v. MEYER SILBERSTEIN.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DURHAM REALTY CORPORATION v. JACOB A. CANTOR and Others, as Commissioners, etc.— Motion granted; question certified. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

WILFRED V. N. POWELSON v. THE PROCTER & GAMBLE Co.— Motion denied, with ten dollars costs.— Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of FRANKLIN J. BISCHOFF, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THOMAS L. PURDUM, Appellant, Respondent, v. MACARTHUR BROTHERS COMPANY and Another, Respondents, Appellants.— Order modified by requiring plaintiff to give a bill of particulars as to items 3 and 4, and as so modified affirmed, with ten dollars costs and disbursements to defendant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JACOB ELISHEWITZ, Appellant, v. MICHAEL GREEN, as President of the United Hatters of North America, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

NEIGHBORHOOD SUNSHINE LAUNDRIES, INC., Appellant, v. HARRY GOLDMAN, Doing Business as the WASHINGTON WET WASH LAUNDRY, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

IMPORTERS EXCHANGE, INC., Appellant, v. JOSEPH HERMAN and Others, as Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of CHARLES KOHLER, Deceased.— Decree affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Application of CHARLES BARTHELMESS and Others, Petitioners, v. MORRIS CUKOR, President, and Others, Constituting Municipal Civil Service Commission of the City of New York, Respondents. LAWRENCE J. BENNETT and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.